IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL EQUIPMENT TRADING, LTD., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:13-cv-01129 |
| vs. | ) ) | |
| AB SCIEX LLC, a Delaware limited liability company, f/k/a APPLIED BIOSYSTEMS/MDS SCIEX, | ) ) ) ) | Judge Virginia M. Kendall Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

### STIPULATION TO DISMISS

Plaintiff International Equipment Trading, Ltd. and Defendant AB Sciex LLC, f/k/a Applied Biosystems/MDS Sciex's, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismiss this action, with prejudice, with each party to bear its own attorneys' fees and costs.

**INTERNATIONAL EQUIPMENT TRADING, INC.**

By: /s/ Katherine A. Grosh
    One of Plaintiff's Attorneys

BEERMANN PRITIKIN MIRABELLI
SWERDLOVE LLP
161 North Clark Street, Suite 2600
Chicago, Illinois 60601

**AB SCIEX, LLC**

By: /s/ Frederic R. Klein
    One of Defendant's Attorneys

GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005